```
           IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| PELOTON COLD BREW, LLC. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| PELOTON INTERACTIVE, INC. | : | NO. 21-3579 |

### ORDER

AND NOW, this  2nd   day of August, 2022, for the reasons set forth in the foregoing Memorandum, it is hereby ORDERED that the second motion of defendant to dismiss this action is GRANTED for lack of personal jurisdiction.

BY THE COURT:


/s/ Harvey Bartle III
                                              J.